UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR NO. 20MJ 229 (TOF) |
| | : | |
| KYLE FASOLD | : | March 6, 2020 |

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

I, Ryan Mahar, being duly sworn, depose and state as follows:

**BACKGROUND OF AFFIANT**

1. I am a Special Agent with Homeland Security Investigations ("HSI"), and I have been employed by HSI as a Special Agent since July 2011. Prior to serving as a Special Agent with HSI, I was employed as a Special Agent with the United States Secret Service ("USSS") for approximately nine years. I am presently assigned to the HSI office in Hartford, Connecticut. I have received extensive training provided by the Federal Law Enforcement Training Center, the USSS, and HSI in the investigation and enforcement of laws of the United States. I have received training in the area of child pornography (as defined in 18 U.S.C. § 2256) and child exploitation, and have, as part of my daily duties as an HSI agent, investigated violations relating to child exploitation and child pornography, including violations pertaining to the possession, distribution, receipt and production of child pornography, the online enticement of minors, and the traveling in interstate and foreign commerce to engage in sexual activity with minors, in violation of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423. I have participated in the execution of numerous search and arrest warrants involving child exploitation and/or child pornography offenses. I also serve as a computer forensic examiner with HSI.

2.      I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code ("U.S.C."), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3.      This affidavit is being submitted in support of a Criminal Complaint and Application for an Arrest Warrant authorizing the arrest of Kyle FASOLD ("**FASOLD**"), an adult male born in 1970, and resident of Plainville, CT, for production and attempted production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e) and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

4.      The statements contained in this Affidavit are based in part on information provided by other members of local, state, and federal law enforcement, my own investigation to include personal observations, documents and other investigative materials which I have reviewed, as well my training and experience as a Special Agent with HSI. Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **FASOLD** has committed the above-listed offenses.

## STATUTORY AUTHORITY

5.      Title 18 United States Code, Sections 2251(a) and (e) prohibit any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, or transporting any minor in or affecting interstate or foreign commerce with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live

visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; or if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; or attempting or conspiring to do so. .

6.      Title 18 United States Code, Sections 2251(a) and (e) prohibit any person from knowingly possessing or, or knowingly accessing with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

7.      On March 5, 2020, United States Magistrate Judge Thomas O. Farrish issued a Search Warrant for FAOULD's residence in Plainville, Connecticut to search for evidence of violations of 18 U.S.C. § 2251(a) and (e) (Production of Child Pornography; 18 U.S.C. § 2251(d) and (e) (Advertising Child Pornography); 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Receipt or Distribution of Child Pornography); and 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography). . On March 6, 2020, Homeland Security Investigations Special Agents with assistance from the Plainville, Connecticut Police Department and the Connecticut State Police executed the search warrant. This search warrant resulted in the seizure of numerous electronic

items, including an Apple iPhone X. The Apple iPhone X was located within a case that also served as a wallet. The case/wallet contained FASOLD's driver license as well as credit cards held in FASOLD's name.

8.   A preliminary forensic examination of the Apple iPhone X revealed multiple video files and an image file containing suspected child pornography including, but not limited to the following:

    a.   File titled "IMG_1589.MOV" is a video file approximately 30 seconds in length which shows an approximately 10-14 year old female remove her black bathing suit and gray lockers are visible. The female's breasts and genitalia are visible during the video. EXIF information associated with the video file shows it was captured with an Apple iPhone X and that the recording took place in Connecticut. EXIF information also shows the file was modified on February 8, 2020 at 5:47 PM UTC and deleted on February 9, 2020 at 5:45 PM UTC.

    b.   File titled "IMG_1584.mov" is a video file approximately 49 seconds in length which shows an approximately 10 -14 year old female remove her black bathing suit and gray lockers are visible. The female's breasts and genitalia during the video. EXIF information associated with the video file shows it was captured with an Apple iPhone, but it did not indicate model. The GPS coordinates show the video was recorded in Connecticut. EXIF information also shows the file was modified on February 8, 2020 at 3:40 PM UTC and deleted on February 9, 2020 at 5:45 PM UTC.

    c.   File titled "thumb_710.bmp" is an image file which shows an approximately 10 - 14 year old female leaning forward with gray lockers visible in the background.

The female's breasts and genitalia are visible in the image. There is no EXIF data associated with the file.

9. Based on my training and experience, I know that Apple phone is not manufactured in Connecticut.

## CONCLUSION

56. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe and I do believe that violations of Title 18 United States Code, Sections 2251(a) and (e) (Production and Attempted Production of Child Pornography) and 18 United States Code Section 2252A(a)(5)(B) have been committed by **FASOLD**. Therefore, I request authorization to arrest **FASOLD** for the violations listed above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Special Agent Ryan Mahar
Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn to before me this 6th day of March 2020.

/s/ TOF

HON. THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE

5